**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6177**

───────────────

VINCENT ELLIOT WILSON,

        Plaintiff - Appellant,

    v.

BRODERICK LINDSEY, Captain,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00083-DJN-MRC)

───────────────

Submitted:  July 25, 2023                    Decided:  July 28, 2023

───────────────

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Vincent Elliot Wilson, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Elliot Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wilson v. Lindsey*, No. 3:23-cv-00083-DJN-MRC (E.D. Va. Feb. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
